UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | **'08 MJ 0762** |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Julio VASQUEZ-Perez,** | Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |
| Defendant | |

FILED
2008 MAR 11 AM
KMH

The undersigned complainant, being duly sworn, states:

On or about **March 09, 2008** within the Southern District of California, defendant, **Julio VASQUEZ-Perez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11th DAY OF **MARCH 2008**

_____
Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Julio VASQUEZ-Perez

## PROBABLE CAUSE STATEMENT

On March 9, 2008, Border Patrol Agent A. Furet was assigned linewatch duties in the Imperial Beach Border Patrol Station area of operations. At approximately 11:50 P.M., Agent Furet was advised by the infrared scope operator of four suspected illegal aliens running north from the United States/Mexico Border, towards an area commonly known as the "Gravel Pit." This area is approximately one half mile west of the San Ysidro, California Port of Entry and approximately one half mile north of the United States/Mexico International Boundary.

Agent Furet arrived in the area and was able to apprehend the four individuals including one later identified as defendant **Julio VASQUEZ-Perez**. Agent Furet identified himself as a United States Border Patrol Agent and conducted an immigration inspection. All the subjects including the defendant freely admitted to being citizens and nationals of Mexico, illegally in the United States and did not possess any immigration documents that would allow them to legally enter or remain in the United States. At approximately 12:01 A.M., all of the subjects were placed under arrest and transported to the Imperial Beach Station processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 21, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.