# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
              vs )
*Julio Vasquez-* )
   *Perez* )
                  )

CASE NUMBER ___ *08 CR 1066 - H*

ABSTRACT OF ORDER

Booking No. ___ *02190-298*

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___ *5-12-08* ___

the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

                   and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

✓ _____ Defendant sentenced to TIME SERVED, supervised release for ___ *1* ___ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

            _____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

**MARILYN L. HUFF**
_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
      *DISTRICT*
       OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____
              Deputy Clerk

Received _____
          DUSM

Crim-9    (Rev 6-95)

✷ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**